1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  MARLA K. LETELLIER
   Special Assistant United States Attorney
4  California Bar No. 234969
   160 Spear Street, Suite 800
5  San Francisco, CA 94105
   Tel: (415) 977-8928
6  Fax: (415) 744-0134
   Email: Marla.Letellier@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN RAY VELLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:15-cv-01560-APG-GWF |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
### (First Request by Defendant)

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Remand, which was filed on November 18, 2015, by 30 days from December 21, 2015 to January 20, ~~2015~~ 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion. Counsel for Defendant contacted Plaintiff's counsel on December 18, 2015, and Plaintiff's counsel responded on December 21, 2015 that he does not oppose Defendant's motion. Defendants' current deadline is December 21, 2015.

1  The instant request is not intended to cause delay and is necessary because counsel for
2  Defendant has been out of the office sick for more than a week, and because of the heavy workload of
3  counsel for Defendant, who is responsible for briefing dispositive motions in seven federal district
4  court cases between December 16, 2015 and January 7, 2016, as well as other agency matters.
5  It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of
6  time to respond to Plaintiff's motion, up to and including January 20, 2016. ~~2015~~.
7  Dated: December 21, 2015.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH STACHEL
Acting Regional Chief Counsel

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2015

2

# CERTIFICATE OF SERVICE

I, Marla Letellier, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**CM/ECF:**

David M. Moore, Esq.
Edward M. Bernstein & Associates
500 S. Fourth St.
Las Vegas, NV 89101
Email:  dmoore@edbernstein.com

Dated this 21st day of December, 2015

>  */s/ Marla K. Letellier*
> MARLA K. LETELLIER
> Assistant United States Attorney