DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
California Bar No. 234969
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN RAY VELLA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-01560-APG-GWF |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(Second Request by Defendant)**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Remand, which was filed on November 18, 2015, by 15 days from January 20, 2015 to February 4, 2016. This is Defendant's second request for an extension of time to respond to Plaintiff's Motion. Counsel for Defendant contacted Plaintiff's counsel on January 19, 2016, and Plaintiff's counsel responded on January 19, 2016 that he does not oppose Defendant's motion. Defendants' current deadline is January 20, 2016.

The instant request is not intended to cause delay and is necessary because of the heavy workload of counsel for Defendant, and to allow the parties additional time to pursue potential settlement of this matter.

It is therefore respectfully requested that Defendant be granted a fifteen (15) day extension of time to respond to Plaintiff's motion, up to and including February 4, 2016.

Dated:  January 20, 2016.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

OF COUNSEL:
DEBORAH STACHEL
Acting Regional Chief Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2016

2

## CERTIFICATE OF SERVICE

I, Marla Letellier, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**CM/ECF:**

David M. Moore, Esq.
Edward M. Bernstein & Associates
500 S. Fourth St.
Las Vegas, NV 89101
Email:  dmoore@edbernstein.com

Dated this 20th day of January, 2016

> */s/ Marla K. Letellier*
> MARLA K. LETELLIER
> Assistant United States Attorney

3